UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON E. GALLOWAY,<br><br>    Petitioner,<br><br>          v.<br><br>KEN CLARK, Warden<br><br>    Respondent. | NO. ED CV 08-1007 RGK (CT)<br><br>**J U D G M E N T** |

   IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed without prejudice.

DATED: January 21, 2009

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE