UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON E. GALLOWAY, ) | NO. ED CV 08-1007 RGK (CT) |
| Petitioner, ) | |
| v. ) | **SUPERSEDING JUDGMENT** |
| KEN CLARK, Warden ) | |
| Respondent. ) | |

   IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:  FEB 27 2009

                                  R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE